**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (Bar No. 101081)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Debtor-in-Possession
ROYCE INTERNATIONAL INVESTMENT CO.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ROYCE INTERNATIONAL<br>INVESTMENT CO.,<br><br>　　　　　Debtor. | CASE NO. 6:09-bk-11224 TD<br><br>Chapter 11<br><br>**NOTICE OF CONTINUANCE OF CHAPTER 11 CASE STATUS CONFERENCE**<br><br>CONTINUED<br>DATE:　March 25, 2010<br>TIME:　10:00 a.m.<br>CTRM.:　1345 |

**PLEASE TAKE NOTICE** that the Chapter 11 Case Status Conference in the above-entitled matter has been continued from December 10, 2009, at 10:00 a.m., in Courtroom "1345" of the above-entitled Court, located at 255 E. Temple Street, Los Angeles, California, 90012, to March 25, 2010, at 10:00 a.m. in the same location.

DATED: December 11, 2009　　　　　　　　　HILL, FARRER & BURRILL LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel J. McCarthy
　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. McCARTHY
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor-in-Possession
　　　　　　　　　　　　　　　　　　　　　　　　ROYCE INTERNATIONAL
　　　　　　　　　　　　　　　　　　　　　　　　INVESTMENT CO.

# CERTIFICATE OF SERVICE

I, Hae Jung Park, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, Los Angeles, California 90071-3147. On December 11, 2009, I served the within documents:

**NOTICE OF CONTINUANCE OF CHAPTER 11 CASE STATUS CONFERENCE**

[X] by the court via **Notice of Electronic Filing** ("NEF") – pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 11, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) in indicated below:

Angela M Fontanini    ecfcacb@piteduncan.com
Raymond King    rking@raykinglaw.com
Pamela Labruyere    pamela@sgsslaw.com
Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
Richard J Pekin    rpekin@foxjohns.com
Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
Jennifer Smith    cobrien@lionelsawyer.com
Adam M Starr    starra@gtlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Marc J Winthrop    pj@winthropcouchot.com

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States **mail** at Los Angeles, California addressed as set forth below.

*Please see attached service list.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 11, 2009, at Los Angeles, California.

_____
Hae Jung Park

## SERVICE LIST

Royce International Investment Co
249 Las Entradas
Santa Barbara, CA 93108

Office of the U.S. Trustee
3685 Main Street
Suite 300
Riverside, CA 92501

American Integrated Services
P.O. Box 92316
Long Beach, CA 90809

Chevy Chase Bank
6151 Chevy Chase Drive
Laurel, MD 20707

Dr Stuart Winthrop
1959 Las Tunas
Santa Barbara, CA 93103

Ms. Ji Shin, Esq.                                *Attorneys for SWB, Inc., dba Earth*
Earth Systems Services, Inc.                     *Systems Southwest*
895 Aerovista Place, Suite 102
San Luis Obispo, CA 93403
Tel.: (805) 781-0112
Fax: (805) 781-0180

First Regional Bank
Irvine Real Estate Division
19100 Von Karman Avenue
Suite 1050
Irvine, CA 92612

Integrity Capital, Inc.
11300 Sorrento Valley Road
Suite 103
San Diego, CA 92121

Michael G. LaMelza
249 Las Entradas Drive
Montecito, CA 93108

Michael G. LaMelza
249 Las Entradas
Santa Barbara, CA 93108

Riverside County Tax Collector
P.O. Box 12005
Riverside, CA 92502

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

| | |
|---|---|
| 1 | Santa Barbara City Tax Collect |
|   | 105 E. Anapamu Street |
| 2 | Room 109 |
|   | Santa Barbara, CA 93101 |
| 3 | |
|   | Tetra Tech |
| 4 | 811 Palm Street |
|   | San Luis Obispo, CA 93401 |
| 5 | |
|   | Thornburg Mortgage Home Loans |
| 6 | P.O. Box 77407 |
|   | Ewing, NJ 08628 |
| 7 | |
|   | TKD Assoc. |
| 8 | 71780 San Jacinto Drive |
|   | Building F, Suite 2 |
| 9 | Rancho Mirage, CA 92270 |

10  J. Scott Douglass          ***Request for Special Notice***
    909 Fannin, Suite 1800
11  Houston, TX 77010
    Tel.: (713) 227-7492
12  Fax: (713) 227-7497
    E-mail: jsdlaw@msn.com

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 3 -