Form 210A (12/09)

# United States Bankruptcy Court

<u>Central</u> District Of  <u>   California   </u>

In re: <u>Michael La Melza,</u> Case No. <u>09-11224</u>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Capital One, N.A. | Chevy Chase Bank, FSB |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
P.O. Box 259330
Plano, TX 75025

Court Claim # (if known):  <u>  6  </u>
Amount of Claim:     <u>$ 3361518.06</u>
Date Claim Filed:     <u>4/2/2009</u>

Phone: <u>1-877-230-8516</u>
Last Four Digits of Acct #: <u>1451</u>

Phone: <u>1-866-391-8688</u>
Last Four Digits of Acct. #: <u>1451</u>

Name and Address where transferee payments should be sent (if different from above):
Attn: Remittance Processing
6151 Chevy Chase Drive
Laurel, MD 20707

Phone: <u>1-877-230-8516</u>
Last Four Digits of Acct #: <u>1451</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    <u>/s/ Tina Oyafunke</u>                                   Date: <u>1/20/2010</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

<u>Central</u> District Of <u>   California   </u>

In re: <u>Michael La Melza,</u> Case No. <u>09-11224</u>

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u> 6 </u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Chevy Chase Bank, FSB | Capital One, N.A. |
| _____ | _____ |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| 6151 Chevy Chase Drive | 6151 Chevy Chase Drive |
| Laurel, MD 20707 | Laurel, MD 20707 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                              _____
                                                             **CLERK OF THE COURT**