**210B (12/09)**

# United States Bankruptcy Court

### Central District Of California
### Case No. 6:09-bk-11224-TD
### Chapter 11

In re: Debtor(s) (including Name and Address)

Royce International Investment Co.
249 Las Entradas
Santa Barbara CA 93108

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/03/2010.

Name and Address of Alleged Transferor(s):

Claim No. 6: Chevy Chase Bank, FSB, 6151 Chevy Chase Drive, Laurel, MD 20707

Name and Address of Transferee:

Capital One, N.A.
P.O. Box 259330
Plano TX 75025

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/06/10

Jon D. Ceretto
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: avalleC          Page 1 of 1          Date Rcvd: Feb 04, 2010
Case: 09-11224               Form ID: trc            Total Noticed: 1

The following entities were noticed by first class mail on Feb 06, 2010.
23512286     +Chevy Chase Bank, FSB,   6151 Chevy Chase Drive,   Laurel, MD 20707-2918

The following entities were noticed by electronic transmission on Feb 05, 2010.
23512286     +E-mail/Text: lsmortgagebankruptcy@chevychasebank.net
              Chevy Chase Bank, FSB,   6151 Chevy Chase Drive,   Laurel, MD 20707-2918
                                                                                         TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2010**                    **Signature:**