```
 1  STEVEN W. PITE (CA SBN 157537)
    JOHN D. DUNCAN (CA SBN 179560)
 2  CASPER J. RANKIN (CA SBN 249196)
    PITE DUNCAN LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 4  San Diego, CA 92177-0933
    Telephone: (858) 750-7600
 5  Facsimile: (619) 590-1385

 6  Attorneys for  Select Portfolio Servicing Inc
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

ROYCE INTERNATIONAL INVESTMENT CO.

Case No. 6:09-bk-11224-TD

### NOTICE OF TRANSFER OF CLAIM # 3

The undersigned hereby gives notice of the assignment and transfer of the above-filed claim and submits the following information:

Name and address and loan number of transferor: xxxxxx3812

    Cenlar Federal Savings Bank
    PO Box 77409
    Ewing, NJ 08628

Name and address and loan number of transferee: xxxxxx 9414

    Select Portfolio Servicing Inc
    PO Box 65450
    Salt Lake City, UT 84165

Amount of claim being transferred $5,505,949.33.

Dated: November 12, 2010                              PITE DUNCAN LLP

                                                           /s/ Casper J. Rankin
                                                           CASPER J. RANKIN
                                                           Attorneys for SELECT PORTFOLIO
                                                           SERVICING INC

**SELECT SERVICING, inc.**
P.O. Box 65250
Salt Lake City, UT 84165

Date: 05/25/2010

Re:    SPS Loan Number:         9414
       Property Address:    106 HIGHLANDS WAY
                            MOUNTAIN VILLAGE, CO    81435

10673

MICHAEL LA MELZA
249 LAS ENTRADAS
SANTA BARBARA CA 93108

Dear Customer:

We are pleased to inform you that the servicing of your 1st lien mortgage loan will be transferred from TMST Home Loans Inc to Select Portfolio Servicing, Inc. (SPS) effective 06/01/2010.

Here are a few important points that will help you understand how this transfer may affect you:

- Your prior servicer will stop accepting your mortgage payments after 05/31/2010.
- Beginning 06/01/2010, all payments must be remitted to SPS.

- If you have already mailed your payment to your prior servicer and it is received after 06/01/2010, it will be forwarded to SPS for processing.

- If your prior servicer automatically drafts your monthly payment from your bank account, that service will cease.
- If you were provided mortgage life, disability or other types of optional insurance through your prior servicer, these services will not be continued.  If you wish to continue these services, you must contact your private insurer.
- Please call your insurance agent within 15 days to request that the mortgagee on your insurance policy be changed to read "Select Portfolio Servicing, Inc., its successors and/or assigns".
- This transfer does not affect any terms or conditions of your loan documents other than terms directly related to the servicing of your loan.

If you have any questions related to the transfer of servicing from your prior servicer, please contact their Customer Service Department at 1-877-270-9295.  The mailing address for your prior servicer is as follows:   PO Box 77404, Ewing, NJ 08628.

If you have any questions regarding your loan on or after 06/01/2010, please contact the SPS Customer Service Department at 1-800-258-8602 from 7 a.m. to 8 p.m. Eastern Time, Monday through Friday; and Saturday from 8 a.m. to 12 p.m. Eastern Time. You may also access your account information online at www.spservicing.com.

If you wish to send a written request about your account or dispute any of the information on this statement, please do not include it with your monthly payment.  All written requests must be sent to the address listed below for Disputes/Inquires, as this is our exclusive address for processing these matters.  If you send your request or dispute to any other address, it may not be processed in accordance with our Customer Service Timelines.

| **Important Mailing Addresses:** | **General Correspondence** P.O. Box 65250 Salt Lake City, UT 84165 | **Payment Remittance** P.O. Box 65450 Salt Lake City, UT 84165 | **Disputes/Inquires** P.O. Box 65567 Salt Lake City, UT 84165 |

**Please include your loan number on all correspondence.**

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contestar cualquier pregunta llamando al teléfono 1-800-258-8602 y marque la opción 2.

Select Portfolio Servicing, Inc.

MICHAEL LA MELZA
106 HIGHLANDS WAY
Loan No. 0012239414

                                                                **Payment Amount**

SELECT PORTFOLIO SERVICING, INC.                                **Additional Amount**
PO BOX 65450
SALT LAKE CITY UT  84165-0450
                                                                **Total Amount Enclosed**

☐ *Change of address or telephone?  If so, check here and note changes on back.*

2771 0012239414 0291666 0291666 5

NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

YOU ARE HEREBY NOTIFIED THAT THE SERVICING OF YOUR LOAN, THAT IS, THE RIGHT TO COLLECT PAYMENTS FROM YOU, IS BEING ASSIGNED, SOLD OR TRANSFERRED FROM TMST HOME LOANS INC TO SELECT PORTFOLIO SERVICING, INC. EFFECTIVE 06/01/2010. THE ASSIGNMENT, SALE OR TRANSFER OF THE SERVICING OF THE MORTGAGE LOAN DOES NOT AFFECT ANY TERM OR CONDITION OF THE MORTGAGE INSTRUMENTS, OTHER THAN THE TERMS DIRECTLY RELATED TO THE SERVICING OF YOUR LOAN.

EXCEPT IN LIMITED CIRCUMSTANCES, THE LAW REQUIRES THAT YOUR PRESENT SERVICER SEND YOU A NOTICE AT LEAST 15 DAYS BEFORE THE EFFECTIVE DATE OF TRANSFER OR AT CLOSING. YOUR NEW SERVICER MUST ALSO SEND YOU A NOTICE NO LATER THAN 15 DAYS AFTER THE EFFECTIVE DATE OR AT CLOSING.

YOU SHOULD ALSO BE AWARE OF THE FOLLOWING INFORMATION, PURSUANT TO SECTION 6 OF THE REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) (12 U.S.C. SECTION 2605):

DURING THE 60-DAY PERIOD FOLLOWING THE EFFECTIVE DATE OF THE TRANSFER OF THE LOAN SERVICING, A LOAN PAYMENT RECEIVED BY YOUR OLD SERVICER BEFORE ITS DUE DATE MAY NOT BE TREATED BY THE NEW LOAN SERVICER AS LATE, AND A LATE FEE MAY NOT BE IMPOSED ON YOU.

SECTION 6 OF RESPA (12 U.S.C. 2605) GIVES YOU CERTAIN CONSUMER RIGHTS. IF YOU SEND A "QUALIFIED WRITTEN REQUEST" TO YOUR LOAN SERVICER CONCERNING THE SERVICING OF YOUR LOAN, YOUR SERVICER MUST PROVIDE YOU WITH A WRITTEN ACKNOWLEDGEMENT WITHIN 20 BUSINESS DAYS OF RECEIPT OF YOUR REQUEST. A "QUALIFIED WRITTEN REQUEST" IS A WRITTEN CORRESPONDENCE, OTHER THAN NOTICE ON A PAYMENT COUPON OR OTHER PAYMENT MEDIUM SUPPLIED BY THE SERVICER, WHICH INCLUDES YOUR NAME AND ACCOUNT NUMBER, AND YOUR REASONS FOR THE REQUEST. NOT MORE THAN 60 BUSINESS DAYS AFTER RECEIVING YOUR REQUEST, YOUR SERVICER MUST MAKE ANY APPROPRIATE CORRECTIONS TO YOUR ACCOUNT, AND MUST PROVIDE YOU WITH A WRITTEN CLARIFICATION REGARDING ANY BUSINESS DISPUTE. DURING THIS 60-BUSINESS DAY PERIOD, YOUR SERVICER MAY NOT PROVIDE INFORMATION TO A CONSUMER REPORTING AGENCY CONCERNING ANY OVERDUE PAYMENT RELATED TO SUCH PERIOD OR QUALIFIED WRITTEN REQUEST. HOWEVER, THIS DOES NOT PREVENT THE SERVICER FROM INITIATING FORECLOSURE IF PROPER GROUNDS EXIST UNDER THE MORTGAGE DOCUMENTS.

A BUSINESS DAY IS A DAY ON WHICH THE OFFICES OF THE BUSINESS ENTITY ARE OPEN TO THE PUBLIC FOR CARRYING ON SUBSTANTIALLY ALL OF ITS BUSINESS FUNCTIONS.

SECTION 6 OF RESPA ALSO PROVIDES FOR DAMAGES AND COSTS FOR INDIVIDUALS OR CLASSES OF INDIVIDUALS IN CIRCUMSTANCES WHERE SERVICERS ARE SHOWN TO HAVE VIOLATED THE REQUIREMENTS OF THAT SECTION. YOU SHOULD SEEK LEGAL ADVICE IF YOU BELIEVE YOUR RIGHTS HAVE BEEN VIOLATED.

IF YOU HAVE FILED BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, PLEASE BE ADVISED THAT THIS STATEMENT DOES NOT REPRESENT AND IS NOT INTENDED TO BE A DEMAND FOR PAYMENT. THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY. YOU SHOULD CONTACT LEGAL COUNSEL REGARDING YOUR OBLIGATION, IF ANY, TO PAY ON THE MORTGAGE LOAN.

Esta carta le informa que el servicio de su préstamo de hipoteca está siendo transferido a Select Portfolio Servicing, Inc. Varios aspectos importantes de su préstamo corriente pueden cambiarse durante y después de este proceso. Por favor lláme a nuestro representante de información y reclamaciones en español al numero de telefono indicado para hablar de estos cambios y cualquier pregunta que usted pueda tener.

FEDERAL FAIR CREDIT REPORTING ACT/ THE FACT ACT

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit score.

IMPORTANT NOTICE CONCERNING PRIVATE MORTGAGE INSURANCE

If your residential mortgage loan has private mortgage insurance (PMI), which is separate and distinct from Homeowners or liability insurance, federal or state law may give you the right to cancel this insurance under some circumstances. Please contact our Customer Service Department for more information.

AFFILIATE BUSINESS DISCLOSURE

Please note that Select Portfolio Servicing, Inc. may utilize an affiliated company to perform financial services related to your loan account and that Select Portfolio Servicing, Inc., and/or the affiliated company may receive a financial benefit as a result of such relationship.

---

**HAS YOUR ADDRESS CHANGED?    IF SO, PLEASE COMPLETE THIS FORM**

Mailing Address  _____

City _____ State _____ ZIP_____

Home Phone  _____ Business Phone  _____

**All Borrowers' Signatures Required For Address Change**

_____       _____
Borrower's Signature                                                Co-Borrower's Signature

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

CASE NO. 6:09-bk-11224-TD

CERTIFICATE OF SERVICE BY MAIL

    I, Dustin M. Grey, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.

    I served the attached NOTICE OF TRANSFER OF CLAIM # 3 by placing a true copy thereof in an envelope addressed to:

SEE ATTACHED SERVICE LIST

which envelope was then sealed and postage fully prepaid thereon, and thereafter on November 12, 2010, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2010        /s/ Dustin M. Grey
                                          DUSTIN M. GREY

## SERVICE LIST

**DEBTOR(S)**

Royce International Investment Co.
249 Las Entradas
Santa Barbara, CA 93108

**DEBTOR(S) ATTORNEY**

Daniel J McCarthy
Hill Farrer & Burrill LLP
300 S Grand Ave 37th Fl
Los Angeles, CA 90071